EXHIBIT 2A

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States et al ex rel Ortiz et al ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 13 CV 04735 |
| Mount Sinai Hospital et al ) | |
| Defendant ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: United States Department of Health and Human Services, Centers for Medicare and Medicaid Services
200 Independence Ave, SW, Rm 713-F, Washington DC 20201

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All Part B claims, payments and denials data and information for the group biller with NPI # 1780787796 (Medicare billing # W05662 and Medicaid provider identification # 03226024) and for the individual billing providers listed on the attached Ex. A, all for the period 1/1/2007 through 2/1/2011, inclusive.

| Place: McInnis Law, 521 Fifth Ave, 17th Fl, NY NY 10175 | Date and Time: 03/02/2016 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/16/2016

CLERK OF COURT

OR  /s/ TJM

_____        _____
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Ortiz et al
, who issues or requests this subpoena, are:

Timothy J. McInnis, Esq., t521 Fifth Ave, 17th Fl, NY, NY 10175, mcinnis@mcinnis-law.com, (212) 292-4573

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

| PHYSICIAN NAME | MEDICAID NO. | MEDICARE NO. | NPI |
|---|---|---|---|
| ARGIRIADI, Pamela A. | 03190847 | 4ECE305662 | 1699945014 |
| BEITIA, Laura G. | 02246519 | 564T405662 | 1841290905 |
| CHAM, Matthew D. | 02737539 | A400033328 | 1275547648 |
| CHATTERJI, Manjil | 03226524 | A400033330 | 1104872696 |
| COHEN, Emil | Record not located | 723T905662 | 1952303356 |
| COLL, Deirdre | 01976705 | 6206505662 | 1669461273 |
| DELMAN, Bradley N. | 01977499 | 6206505662 | 1306846738 |
| DESAI, Kapil | 03039205 | A400015837 | 1528262219 |
| DOSHI, Amish | 03078122 | A400009059 | 1255592861 |
| DRAYER, Burton P. | 01642213 | 6026905662 | 1972592590 |
| EBER, Corey D. | 01263345 | A400009056 | 1821126590 |
| ELLOZY, Sherif | 02431354 | 1567N10 | 1689640476 |
| FARMAN, Jack | 00589340 | 5136305662 | 1942200373 |
| FISCHMAN, Aaron M. | 03210184 | A400032546 | 1699934844 |
| GARCIA, Mario | 02421281 | 0250X05662; 0250X06481 | 1669567210 |
| GLASS, Ronald | 01213625 | A400015953 | 1447250899 |
| GOTTSMAN, Robin | 01086626 | 41X8105662 | 1730363805 |
| HALTON, Kathleen P. | 01032122 | 03E3705662 | 1851380711 |
| HAN, Bokyung | 02472035 | 657T105662 | 1538252762 |
| HENSCHKE, Claudia I. | 00852364 | A400038850 | 1932203049 |
| HERMANN, George | 00390616 | 3270905662 | 1437138062 |
| KAMATH, Amita | 03219261 | A400032254 | 1558488387 |
| KELLER, Rhona | 00390625 | 5056005662 | 1508866955 |
| KHANNA, Arati | 02918578 | 47C0105662 | 1295782506 |
| KIM, Edward | 02975235 | 4ECE405662 | 1851565543 |
| KWAI, Andrew H. | 02353079 | 637S005662 | 1780673483 |
| LAW, Eu-Meng | 02866122 | 630S505662 | 1952366833 |
| LEE, Karen M. | 02769491 | 917S505662 | 1518983378 |
| LEEDS, Norman | 00102112 | 5083505662 | 1750381117 |
| LEFKOVITZ, Zvi | 01446573; 01446579 | 75H0105662 | 1538265392 |
| LERNER, David L. | 01863029 | 6136505662 | 1568462802 |
| LIAO, Steve L. | 03308481 | A400027913 | 1912178021 |
| LOOKSTEIN, Robert A. | 02218591 | 6949405662 | 1164422531 |
| MARGOLIES, Laurie | 02915020 | 5CDC505662 | 1770578379 |

## EXHIBIT A

| PHYSICIAN NAME | MEDICAID NO. | MEDICARE NO. | NPI |
|---|---|---|---|
| MASSEAUX, Joy | 02758845 | 917S805662 | 1699880682 |
| MENDELSON, David S. | 00731017 | 52A0905662 | 1902895808 |
| MITTY, Harold A. | 00390161 | 4391505662 | 1265423446 |
| NAIDICH, Thomas P. | 01897103 | 6168205662 | 1073513354 |
| NIELSEN, James | 02378247 | A400002715 | 1669432266 |
| NOWAKOWSKI, Francis S. | 02134485 | 430T505662 | 1245230531 |
| PATEL, Neesha S. | 03190865 | A400033364 | 1134389620 |
| PAWHA, Puneet | 03190883 | A400006674; A400030284 | 1023048253 |
| RABINOWITZ, Jack G. | 00390652 | 3467205662 | 1922097245 |
| RAUSCH, Dana R. | 02409272 | 664T205662 | 1578563870 |
| ROSEN, Ally | 02811109 | 76R5605662 | 1376567230 |
| ROSENBERG, Henrietta K. | 02375708 | 606T905662 | 1306835897 |
| SACHER, Michael | 00507433 | 6573005662 | 1609876911 |
| SHAPIRO, Robert S. | 01205563 | 63F4905662 | 1215926779 |
| SIMPSON, William L. | 02061732 | 9719505662 | 1285634451 |
| SOM, Peter M. | 00390432 | 6808705662 | 1487654703 |
| STANGL, Paul A. | 02667105 | 768T405662 | 1114916921 |
| STERN, Richard H. | 01755917 | 6096505662 | 1053304980 |
| STOLLMAN, Aryeh L. | 00961495 | 73D5905662 | 1851384820 |
| SWYER, Alfred J. | 00344014 | 8246505662 | 1033108634 |
| SZABO, Janet | 02915039 | 5ECE905662 | 1750483335 |
| TANENBAUM, Lawrence | 01245752 | 67T6105662 | 1851371272 |
| TAOULI, Bachir | 02492097 | A400015951 | 1972569705 |
| TONG, Carrie L. | 02873316 | A400035120 | 1033238670 |
| TURETZ, Franklin S. | 00306152 | 9513305662 | 1740273721 |
| VATTI, Sridhar | 02526956 | 677S705662 | 1982604112 |
| WEINSTEIN, Zelig | Record not located | Record not located | Record not located |
| WEINTRAUB, Joshua L. | 02040742 | 6973905662 | 1871699637 |
| WILCK, Eric J. | 01213047 | 67F0005662 | 1386632230 |
| YANKELEVITZ, David F. | 00936769 | A400031717 | 1689688764 |
| YEH, Hsu-Chong | 00490148 | 2862605662 | 1093790420 |